GLENN S. LEON
Chief
Fraud Section, Criminal Division
United States Department of Justice

CHRISTOPHER FENTON
MATTHEW REILLY
BLAKE GOEBEL
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Email:    Christopher.Fenton@usdoj.gov
          Matthew.Reilly2@usdoj.gov
          Blake.Goebel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00093 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR LIMITED UNSEALING** |
| vs. | ) | |
| | ) | |
| CURTISS E. JACKSON, (01) | ) | |
| JAMEY DENISE JACKSON, (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

UPON MOTION of the United States of America for an order directing the

limited unsealing of certain search warrant case files;

**IT IS HEREBY ORDERED** that the following case files are unsealed solely for the limited purpose of the government providing them to defendants as discovery in the above-captioned action.  The case files themselves will remain sealed on the docket:

1)   MJ 21-0373-RT (account hosted by Apple, Inc.)

2)   MJ 21-0374-RT (accounts hosted by Google, Inc.)

3)   MJ 21-0375-RT (account hosted by OneWebHosting, Inc.)

4)   MJ 21-01348-RT (premises search warrant)

5)   MJ 22-01898-RT (account stored at Dropbox, Inc.)

6)   MJ 22-01899-RT (Curtiss Jackson iPhone)

IT IS SO ORDERED.

This the 28th day of October 2022.



Rom A. Trader
United States Magistrate Judge

---

Cr. No. 22-00093 JMS; *United States of America v. Curtiss E. Jackson, (01), Jamey Denise Jackson, (02)*; Order Granting Motion for Limited Sealing