# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cr-00093-JMS |
| CASE NAME: | United States of America v. (01) Curtiss E. Jackson<br>(02) Jamey Denise Jackson |
| ATTY FOR PLA: | Matthew Reilly |
| ATTYS FOR DEFT: | (01) Harlan Y. Kimura<br>(02) Bentley C. Adams III |
| U.S. Pretrial Office: | (02) Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Zoom-Tele Conference |
| DATE: | 11/17/2022 | TIME: | 10:00 - 10:24 |

COURT ACTION: EP: TELEPHONIC HEARING ON [25] DEFENDANT JAMEY DENISE JACKSON'S VERIFIED MOTION TO CONTINUE TRIAL and DESIGNATION AS COMPLEX LITIGATION; [26] DEFENDANT CURTISS E. JACKSON'S JOINDER TO DEFENDANT JAMEY DENISE JACKSON'S VERIFIED MOTION; INITIAL APPEARANCE and ARRAIGNMENT AND PLEA TO THE INDICTMENT AS TO (02) DEFENDANT JAMEY DENISE JACKSON hearing held.

Defendants are present via telephone and are not in custody.

(01) Mr. Kimura and (02) Mr. Adams represents that their clients waive their right to an in person hearing and consents to appear via telephone. Court conducted a colloquy with Defendants. Defendants confirms counsel's representation.

**INITIAL APPEARANCE and ARRAIGNMENT AND PLEA TO THE INDICTMENT AS TO (02) DEFENDANT JAMEY DENISE JACKSON**:
Charges have been read to Defendant (02) Defendant Jamey Denise Jackson by counsel.

Defendant waives public reading of the charges.  Defendant enters a Plea of NOT GUILTY as to Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment.

The Court orders the United States to comply with its disclosure obligations under Brady v. Maryland and its progeny.  Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges.  This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Bail previously imposed, shall remain in full effect

**[25] DEFENDANT JAMEY DENISE JACKSON'S VERIFIED MOTION TO CONTINUE TRIAL and DESIGNATION AS COMPLEX LITIGATION; [26] DEFENDANT CURTISS E. JACKSON'S JOINDER TO DEFENDANT JAMEY DENISE JACKSON'S VERIFIED MOTION**:

Arguments heard.

After considering the written motion and the arguments of counsel, the Court GRANTS the [25] Defendant Jamey Denise Jackson's Verified MOTION  to Continue Trial and Designation as Complex Litigation and [26] Defendant Curtiss E. Jackson's JOINDER to Defendant Jamey Denise Jackson's Verified Motion.

The complex nature of the case is illustrated by the fact (1) the crimes charged are alleged to have occurred over a period of more than ten (10) years, (2) the allegations involve numerous other unindicted alleged co-conspirators, and (3) numerous alleged victims.

This case involves voluminous discovery pertinent to the corporate and personal financial dealings of the defendants and others. These records, recently received by this defendant in discovery, will need to be closely examined by defendants' experts who have yet to be identified much less listed as witnesses for trial.

This case is so unusual and so complex that it is unreasonable to expect adequate preparation for either pretrial proceedings or the trial itself within the time limits established by 18 U.S.C. § 3161.

Both defendants have knowingly and voluntarily waived their speedy trial rights.

The Court agrees that, under the circumstances, a delay of the trial is both appropriate and necessary, the ends of justice served by granting a continuance outweigh the best interests which the public and the defendants have in a speedy trial.

Therefore the Court continues trial and for the reasons stated the court orders that the period from **November 17, 2022 to October 17, 2023** be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order granting the continuance of trial date, excluding time from **November 17, 2022 to October 17, 2023.**

Dates are given as follows:

| | |
|---|---|
| Jury Selection/Trial: | October 17, 2023 at 9:00 a.m. before District Judge J. Michael Seabright in Aha Kaulike |
| Final Pretrial Conference: | September 18, 2023 at 10:00 a.m. before Magistrate Judge Wes Reber Porter in Courtroom 7 |
| Motions due: | August 4, 2023 |
| Response due: | September 5, 2023 |

A Rule 16.1 Discovery Conference deadline for parties to meet is set for December 1, 2022.

Defendant (01) Curtiss E. Jackson's Motion to Amend Terms of Pretrial Release hearing is set for November 25, 2022 at 9:30 a.m. by telephone.

Pursuant to the United States District Court for the District of Hawaii's latest Temporary General Order Regarding District of Hawaii Response to COVID-19 Pandemic and Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act, the hearing will be held telephonically. Parties are to participate via telephone through ZOOM Teleconference. Parties must connect to the conference via **Zoom Audio Conference at 1-833-568-8864, Access Code: 160 8983 1896**, at least five (5) minutes prior to the scheduled start time of the hearing.

Observers may call in on a separate line at 1-650-479-3207, Code: 1609303683.

*Submitted by: Bernie Aurio, Courtroom Manager*