GLENN S. LEON
Chief
Fraud Section, Criminal Division
United States Department of Justice

CHRISTOPHER FENTON
MATTHEW REILLY
BLAKE GOEBEL
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone:   (202) 320-0539
Email:      Christopher.Fenton@usdoj.gov
            Matthew.Reilly2@usdoj.gov
            Blake.Goebel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 22-cr-00093-JMS |
| | ) | |
| v. | ) | ORDER RE: PROTOCOLS |
| | ) | FOR THE PRODUCTION OF |
| CURTISS E. JACKSON,         (01) | ) | POTENTIALLY PRIVILEGED |
| JAMEY DENISE JACKSON,  (02) | ) | MATERIALS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER REGARDING PROTOCOLS FOR THE PRODUCTION OF
POTENTIALLY PRIVILEGED MATERIALS**

Upon the application of Glenn S. Leon, Chief of the Criminal Division's Fraud Section, for an order authorizing protocols for the government to produce potentially privileged materials ("PPM") to Defendants, the Court has considered the Government's motion, the representations therein, and Defendants' consent to the proposed procedures, and HEREBY ORDERS that:

1. The Filter Team[1] will run the Search Terms[2]—as agreed to by the parties—against the universe of PPM in the Filter Team's possession.

2. The Filter Team will then segregate all materials responsive to the Search Terms. The Filter Team will produce directly to Defendants—without providing a copy to the prosecution team—all remaining PPM that was not responsive to the Search Terms.

3. Upon confirmation by counsel for the respective Defendants as to which search terms should be used for this purpose (*i.e.*, which search terms will yield the PPM of Curtiss Jackson and which search terms will yield the PPM of Denise Jackson) (collectively, the "Divorce-Related Search Terms"), the Filter Team will then further segregate materials responsive to the Divorce-Related Search Terms into two categories: (1) materials related to Curtiss Jackson's divorce attorney ("C. Jackson Materials") and (2) materials related to J. Denise Jackson's

---

[1] The Filter Team is defined as Filter Team located within the U.S. Department of Justice's Criminal Division, Fraud Section's Special Matters Unit.

[2] The Search Terms are the terms agreed to by the parties and included as Exhibit 1 in the Government's Motion.

divorce attorney ("D. Jackson Materials").

4. The Filter Team will produce the C. Jackson Materials to Defendant Curtiss Jackson and the D. Jackson Materials to Defendant J. Denise Jackson.

5. Counsel for Defendants will review their respective PPM and, within sixty days of receipt of the materials, provide to all counsel—including co-Defendant's counsel, the Filter Team, and the prosecution team—a privilege log asserting any applicable privilege over any documents. Counsel will have thirty days from the receipt of the privilege log to challenge any privilege assertions. The parties shall comply will the Local Rules and attempt to resolve any disputes through meet-and-confers before filing any motion with the Court.

6. Following receipt of the privilege log, the Filter Team shall then segregate any documents included on the privilege log ("Privilege Log Documents") from the C. Jackson Materials and D. Jackson Materials, respectively.

7. All remaining documents, *i.e.* all documents that are not Privilege Log Documents and not previously produced to a co-Defendant, will be produced to the co-Defendant (who has not yet received such materials), but not to the prosecution team. The C. Jackson Materials—except for those documents identified in Defendant Curtiss Jackson's Privilege Log Documents—will be produced to Defendant J. Denise Jackson. And the D. Jackson Materials—

except for those documents identified in Defendant J. Denise Jackson's Privilege Log Documents—will be produced to Defendant Curtiss Jackson.

IT IS SO ORDERED:

DATED: Honolulu, Hawaii, November 30, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States of America v. Jackson, et al.*, Crim. No. 22-00093 JMS, Order Re: Protocols for the Production of Potentially Privileged Materials