IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>     v.<br><br>CURTISS E. JACKSON,<br>JAMEY DENISE JACKSON,<br><br>          Defendants. | CR. NO. 22-00093 JMS<br><br>ORDER REASSIGNING CASE |

## **ORDER REASSIGNING CASE**

Due to a conflict in Judge J. Michael Seabright's trial schedule, this case is REASSIGNED from Judge J. Michael Seabright to Judge Jill A. Otake.  The case number shall change on all future filings from Cr. No. 22-00093 JMS to Cr. No. 22-00093 JAO.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 12, 2023.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge