IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS E. JACKSON,<br>JAMEY DENISE JACKSON,<br><br>Defendants. | CR. NO. 22-00093 JAO |

## ORDER REASSIGNING CASE

Given that there is no longer a conflict in United States District Judge J. Michael Seabright's trial schedule, this case is REASSIGNED from United States District Judge Jill A. Otake to Judge J. Michael Seabright. The case number shall change on all future filings from Cr. No. 22-00093 JAO to Cr. No. 22-00093 JMS.

IT IS SO ORDERED.

DATED: January 30, 2024, Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge